# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF RHODE ISLAND

IN RE:   Michael S. Ritacco

BK NO.: 18-10183

DEBTOR   :   CHAPTER 13

## LIMITED OBJECTION TO TRUSTEE'S MOTION TO DISMISS

NOW comes the Debtor, **Michael S. Ritacco**, and hereby objects to the Trustee's Motion to Dismiss. Debtor agrees that there is an arrearage and wishes to cure. Debtor has forwarded a check in the amount of $4,500.00 to the Trustee.

Wherefore, Debtor prays that the Motion to Dismiss be denied as filed.

        Michael S. Ritacco
        By his Attorney,
        /s/Janet J. Goldman
        Janet J. Goldman, Esquire
        Bar No.: 4081
        51 Jefferson Boulevard
        Warwick, RI 02888
        (401)785-2300

Dated: 2/6/2019

**ADMINISTRATIVE GENERAL ORDER--FORM B**

UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF
RHODE ISLAND

- - - - - - - - - - - - - - - - - - - - - - - - - *

In re:    Michael S. Ritacco

                                                   BK No. 18-10183

        Debtor          :         Chapter 13

- - - - - - - - - - - - - - - - - - - - - - - - *

**CERTIFICATE OF SERVICE**

      I hereby certify that on <u>February 6, 2019,</u> I electronically filed a <u>Limited Objection to Trustee's Motion to Dismiss</u> with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

      Gary L. Donahue, AUST, US Trustee's Office
      John Boyajian, Chapter 13 Trustee
      Erika L. Vogel, Esq.
      James G. Atchison, Esq.
      Jeffrey J. Hardiman, Esq.
      Bernard J. Lemos, Esq.

      and I hereby certify that I have mailed by United States Postal Service, postage pre-paid, the document and a copy of the Notice of Electronic Filing to the following non-CM/ECF participants:  NONE

                                                                        /s/Pamela Kilstein