*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

| In Re: Michael S. Ritacco | BK No. 1:18−bk−10183 |
|---|---|
| Debtor(s) | Chapter 13 |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at:

U.S. Bankruptcy Court, 380 Westminster Street, Providence, RI 02903 on 3/13/19 at 10:00 AM to consider and act upon the following:

RE: 76 Trustee's Motion to Dismiss Case filed by Trustee John Boyajian
84 Objection filed by Debtor Michael S. Ritacco

It is recommended that counsel utilize courtroom technology. If familiarization in use of the document camera and/or touch screens is required, please plan on arriving twenty minutes in advance of the hearing and meet with the Court Recorder for training.

/s/ Susan M. Thurston
Clerk, U.S. Bankruptcy Court

Date: **2/7/19**

Entered on Docket: **2/7/19**
Document Number: **85 − 76, 84**

500.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*
*Website: www.rib.uscourts.gov*